IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 02 2021**

**JEFFREY P. COLWELL**
**CLERK**

Civil Action No. _____
                    (To be supplied by the court)

Raynard Davis 40688·007 _____, Plaintiff

v.

Federal Bureau of Prisons; USP Victorville
Medical Department; USP Victorville Nurse/PA Gonzoles;
USP Victorville Officer Martini; Officer #2 (FNU-LNU);
LT./Officer #3 (FNU-LNU)

_____

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.     PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Raunard Davis 40688-007, United States Penitentiary Florence High
P.O. Box 7000
Florence, CO 81226

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee

____    Civilly committed detainee

____    Immigration detainee

____    Convicted and sentenced state prisoner

____    Convicted and sentenced federal prisoner

✓    Other: *(Please explain)*  Convicted and Sentenced District of Columbia prisoner

**B.     DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    View Parties on attached pages ~~XXXX~~

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ____ Yes ____ No *(check one)*.  Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ____ individual and/or ____ official capacity.

Defendant 2: _____ *View Parties on Attached pages*
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____ *View Parties on Attached pages*
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___   42 U.S.C. § 1983 (state, county, and municipal defendants)

✓   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Please View Factual Allegations

Supporting facts:  on Page #2 with attached pages

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                  _____

Docket number and court:                  _____

Claims raised:                            _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:       _____

Result on appeal, if appealed:             _____


## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?        Please View Administrative Remedies
                                                on Page 2 #B on attached pages
        ___ Yes ___ No (*check one*)

5

**G.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Please View Claims for Relief on Page 3 1-6; and Relief on page 5 on attached pages

**H.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
7·26·21
(Date)

(Form Revised December 2017)

6

Raynard Davis 40688·007

v.

Federal Bureau of Prisons; USP Victorville Medical Department;
USP Victorville Nurse/PA Gonzalaz; USP Victorville Office Martini;
USP Victorville Officer #2 (First/Last Name Unknown);
USP Victorville Officer/LT #3 (First/Last Name Unknown)

## "Complaint With Jury Demand"

### Introduction
This complaint is a Civil Action for Cruel and Unusual
Punishment, Violation of Equal Protection, Violation of Due Process, and
Medical·Mal·Practice. Plaintiff is seeking Damages

### Jurisdiction
This is a Bivens Civil Action Claim and this Court has Jurisdiction
and Venue for Federal Prisoners

### Parties
1) Plaintiff is a Federal Inmate currently housed in USP Florence High
Yet was housed in USP Victorville when the events stated in
this Civil Action took place

2) Federal Bureau of Prisons is being sued in its Offical Capacity

3) USP Victorville Medical Department is being sued in its Official Capacity

4) USP Medical Nurse Gonzalaz is being sued in his Individual and
Official Capacity

5) USP Victorville Officer Martini is being sued in his Individual and
Official Capacity

6) USP Victorville Officer #2 is being sued in his Individual and
Official Capacity

7) USP Victorville Officer/LT #3 is being sued in his Individual
and Official Capacity

### Administrative Remedies

8) Plaintiff was denied all access to Remedies, due to USP Victorville staff refusing to give Plaintiff access to Remedies and his Due Process. Plaintiff was advised by parties outside of USP Victorville to file a Federal Tort Claim in hopes of reciving relief, due to neglect of Plaintiffs right to file Administrative Remedies. But Plaintiff never recived relief or any response from Federal Tort Claim. Which was filed in 2019.

### Factual Allegations

9) On October 18th 2019 while housed in USP Victorville Medical Suicide Watch Cell, Officer #3 threatened Plaintiff stating "We will beat your ass if you do not strip" attempting to strip Plaintiff out his clothes

10) Plaintiff responded "You can do what you want, I don't care" LT/Officer #3 then pulled his pepper spray out pointed it into the open tray slot in the door and sprayed the Plaintiff.

11) After complying to LT/officer #3 order to submitt to handcuffs Plaintiff was taken out of Suicide Cell and then placed in ambulatory restraints (Leg Restraints, belly chain, Black Box)

12) Plaintiff was then escorted by LT/Officer #3., Officer #2, and Officer Martini from Medical to Special Housing Unit and taken into a shower with no camera. Which LT/officer #3 call "My Blindspot"
(A) When placed in ambulatory restraints a camera must be present Per FBOP Policy

13) Once in the shower Officer Martini and Officer #2 began punching me while still in restraints. Officer Martini then slammed my head repeatedly into the wall causing Plaintiff to have a seizure

14) Plaintiff awoke in Medical to Nurse/PA Gonzalaz drilling a hole in his leg. Seeing Plaintiff awake Nurse/PA Gonzalaz stated "I'm gonna drill a hole in you every time you have a seizure"

15) While waiting for outside EMTs, Plaintiff was treated by a Victorville Psychology Doctor who placed Plaintiff in Suicide Cell. After speaking with Plaintiff Officer #3 entered the Medical Exam room and Psychology Doctor asked LT/Officer #3 "Why did you remove him from Suicide Watch?" LT/Officer #3 became upset and yelled to Psychology Doctor "My job"

(A) When placed in Medical Suicide Watch Cell, no inmate can be removed with out Psychology Doctor Consent or Approval. Per FBOP Policy

16) After EMTs arrived Plaintiff was transported to outside hospital, Desert Valley Hospital CA., where Doctors and staff expressed to escort officers that no one should have drilled a hole in the Plaintiff. Hospital staff later advised Plaintiff that it was medical mal-practice for Nurse Gonzalez to drill a hole in Plaintiff for no medical, or other reason.

(A) Plaintiff requested medical records from USP Victorville that contained files from Desert Valley Hospital on said date. Which Hospital Doctors and Staff made written statements in there reports that Plaintiff should not have had a hole drilled into him. Plaintiff was denied Medical Records from USP Victorville

(B) Plaintiff wrote several times to FOIA in hopes of reciving Medical Records from Desert Valley Hospital, with no response at all

## Claims for Relief

1) FBOP Violated My 5th and 14th Amendments, due process and Equal Protection and committed Cruel and Unsual Punishment when they refused to answer my Federal Tort Claim and tryed to prolong and deter Plaintiff from seeking relief with in the statue of limitations Plaintiff has to seek relief. Also FBOP was willing to over look its Federal employees unproffesinal and cruel actions when they assaulted Plaintiff and drilled a hole in his leg. Plaintiff also notifyed FBOP threw letters to alert FBOP of being assaulted and denied his Right to Administrative Remedies, which was unresponsed to.

2) USP Victorville Medical Department violated Plaintiff's 5th and 14th Amendments, Due Process and Equal Protection, and committed Cruel and Unsual Punishment and Medical Mal-Practice by allowing their Nurse Gonzalaz to drill a hole in my leg.

3) USP Victorville Nurse/PA Gonzalaz Committed Medical Mal-Practice when he knowingly drilled a hole in Plaintiff's leg, with no reason, medically or other, at all.

4) Officer Martini violated Plaintiff 5th and 14th Amendments, due process and Equal Protection, and committed Cruel Unsual Punishment when he assaulted Plaintiff in the shower while in restraints Then slammed his head into the wall which caused Plaintiff's seizure

5) USP Victorville Officer #2 violated Plaintiff 5th and 14th Amendments, Due Process and Equal Protection, and committed Cruel and Unsual Punishment when he assaulted Plaintiff in the shower while in restraints with Officer Martini

6) USP Victorville LT/Officer #3 violated Plaintiff 5th and 14th Amendments, Due Process and Equal Protection, and committed Cruel and Unsual Punishment when he ordered Officer Martini, Officer #2 to remove Plaintiff from Medical Suicide Watch Cell and escort Plaintiff to Special Housing Unit Shower (His Blindspot) where Officer Martini and Officer #2 assaulted Plaintiff and slammed his head which lead to Plaintiff's seizure

## Relief

Plaintiff is seeking the following in Relief:

A) Comensatory damages in the amount of $120,000.00
B) Punitive damages in the amount of $50,000.00
C) An award of Plaintiffs cost of filing suit
D) All other relief that is appropriate

## Plaintiff Signature

I declare under penalty of perjury that I am the Plaintiff in this action, that I have read this complaint and that the information in this complaint is true and correct per 28 U.S.C 1746; 18 U.S.C 1621

Raynard D.                    Date: 7·26·21

Raynard Davis 40688-007
United States Penitentiary Florence-High
P.O. Box 7000
Florence, CO 81226     7/23/21
pm

Clerk of The Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A 105
Denver, CO. 80294




