### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 5:21-cv-01475-CAS (SK) | Date | September 14, 2021 |
|----------|------------------------|------|---------------------|
| Title | Raynard Davis v. Federal Bureau of Prisons et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|------------------------|-------------------------------------------|

| Connie Chung | n/a |
|--------------|-----|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant(s): |
|----------------------------------|-------------------------------------|
| None present | None present |

**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff is a federal prisoner seeking to proceed in forma pauperis with a civil rights complaint under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).  But Plaintiff has not submitted a trust account statement certified by prison officials as required by 28 U.S.C. § 1915.  (*See* ECF 2 at 4).  Without that certification, Plaintiff cannot proceed with his complaint unless he pays the full amount of the filing fee instead.

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **October 14, 2021**, why his in forma pauperis application should not be denied for this deficiency.  To discharge this order, Plaintiff need only file a certified copy of his trust account statement for the last six months (or else pay the full amount of the required filing fee).  Failure to do so or to file any other timely response to this order may lead to involuntary dismissal of this action for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

**IT IS SO ORDERED.**