UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:21-cv-01475-CAS (SK) | Date | October 4, 2021 |
|---|---|---|---|
| Title | Raynard Davis v. Federal Bureau of Prisons et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff originally filed this *Bivens* lawsuit in the Colorado District Court, which transferred the case here. (ECF 1). While the Colorado court forwarded Plaintiff's application to proceed in forma pauperis, Plaintiff's application is—and always was—incomplete. The trust account statement submitted by Plaintiff was never certified by prison officials as required by 28 U.S.C. § 1915. The "Certificate of Prison Official" form is blank and unsigned. (ECF 2 at 4).

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** on or before **Wednesday November 3, 2021**, why his in forma pauperis application should not be denied for failure to submit a **certified** trust account statement. To discharge this order, Plaintiff need only file a signed "Certificate of Prison Official" for his trust account statement for the last six months. Failure to do so or to file any other timely response to this order may lead to involuntary dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

**IT IS SO ORDERED.**