UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:21-cv-01475-CAS (SK)                         Date: February 16, 2022

Title      Raynard Davis v. Federal Bureau of Prisons et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

None present                                None present

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE**

In November 2021, after granting his application to proceed in forma pauperis, the Court authorized service of Plaintiff's complaint against Defendants Federal Bureau of Prisons, USP Victorville Medical Department, USP Nurse Gonzales, and USP Victorville Officer Martini.  (ECF 16, 17).  And to have the U.S. Marshal's Service (USMS) effectuate proper service, Plaintiff was ordered to return complete and accurate service information on USM-285 forms.  (ECF 16 at 2-3).  Yet Plaintiff has submitted only incorrect or incomplete forms so far (ECF 19 at 2-3), and the deadline for service was February 10, 2022 (ECF 16 at 4).  While Plaintiff, as an IFP litigant, is entitled to have the aid of the USMS in completing the physical acts of service, it always remains Plaintiff's responsibility to provide—on time—the necessary information for that service to be accomplished.  *See Walker v. Sumner*, 14 F.3d 1415, 1421–22 (9th Cir. 1994), overruled on other grounds by *Sandin v. Connor*, 515 U.S. 472 (1995).

Thus, Plaintiff is ORDERED TO SHOW CAUSE by **March 16, 2022** why the Court should not dismiss the complaint for failure to serve and prosecute.  *See* Fed. R. Civ. P. 4(m).  Plaintiff may discharge this order by completing the attached USM-285 forms according to the instructions in this Court's November 2021 order (another copy attached).  Pursuant to Plaintiff's request to correct the last name of Defendant USP Nurse Gonzales to "Gomez" (ECF 19), which is granted, the attached USM-285 forms have been changed to reflect that correction.  Finally, so long as Plaintiff returns completed USM-285 forms on time, the Court on its own motion for good cause will extend the deadline for service accordingly.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:21-cv-01475-CAS (SK)                    Date: February 16, 2022

Title   Raynard Davis v. Federal Bureau of Prisons et al.


     Plaintiff is warned that failure to comply with this order may result in involuntary dismissal of this action for failure to prosecute without further notice.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.  If Plaintiff has decided to forego prosecution of this case for any reason, he must file a notice of voluntary dismissal using the attached form CV-9.  Cases dismissed voluntarily do not count as "strikes" under 28 U.S.C. § 1915(g), which caps the total number of civil rights cases prisoners may file in their lifetime without prepayment of civil filing fees.