```
    LOSDN          *            PUBLIC INFORMATION              *     09-19-2022
PAGE 001           *                INMATE DATA                 *     13:10:01
                                 AS OF 09-19-2022

REGNO..: 40688-007 NAME: DAVIS, RAYNARD

                     RESP OF: BMP
                     PHONE..: 409-727-8188   FAX: 409-626-3700
                                             RACE/SEX...: BLACK / MALE
                                             AGE:  34
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 01-16-2027                      PAR HEAR DT:




  G0002       MORE PAGES TO FOLLOW . . .
```

```
   LOSDN           *           PUBLIC INFORMATION           *     09-19-2022
PAGE 002           *              INMATE DATA               *     13:10:01
                              AS OF 09-19-2022

REGNO..: 40688-007 NAME: DAVIS, RAYNARD

                  RESP OF: BMP
                  PHONE..: 409-727-8188   FAX: 409-626-3700
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-16-2026

THE INMATE IS PROJECTED FOR RELEASE: 01-16-2027 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2007 CF3 20828
JUDGE...........................: RICHTER
DATE SENTENCED/PROBATION IMPOSED: 08-19-2008
DATE COMMITTED..................: 09-25-2008
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.:   $00.00         $00.00          $00.00          $150.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  602     DC ASSAULT
OFF/CHG: 22-402 ASSLT WITH DANGEROUS WEAPON

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    36 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 08-28-2007

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2008 CF3 696
JUDGE...........................: RICHTER
DATE SENTENCED/PROBATION IMPOSED: 08-19-2008
DATE COMMITTED..................: 09-25-2008
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO




      G0002       MORE PAGES TO FOLLOW . . .
```

```
   LOSDN           *             PUBLIC INFORMATION            *      09-19-2022
PAGE 003           *                INMATE DATA                *      13:10:01
                                 AS OF 09-19-2022

REGNO..: 40688-007 NAME: DAVIS, RAYNARD

                    RESP OF: BMP
                    PHONE..: 409-727-8188    FAX: 409-626-3700

                    FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:     $00.00          $00.00           $00.00         $150.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  656     DC SEX OFFENSE
OFF/CHG: 22-3002,24-403 1ST DEGREE SEX ABUSE;22-4504 POSSESSION OF A
         FIREARM DURING A CRIME OF VIOLENCE

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   200 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 08-31-2007

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-29-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-29-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010

DATE COMPUTATION BEGAN..........: 08-19-2008
AGGREGATED SENTENCE PROCEDURE...: DC SRAA ADULT AGGREGATE SENTENCE
TOTAL TERM IN EFFECT............:   236 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    19 YEARS      8 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 08-28-2007

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    09-03-2007    09-03-2007
                                    03-29-2008    08-18-2008




   G0002       MORE PAGES TO FOLLOW . . .
```

```
   LOSDN          *             PUBLIC INFORMATION            *      09-19-2022
PAGE 004 OF 004  *                 INMATE DATA                *      13:10:01
                              AS OF 09-19-2022

REGNO..: 40688-007 NAME: DAVIS, RAYNARD

                   RESP OF: BMP
                   PHONE..: 409-727-8188   FAX: 409-626-3700
TOTAL PRIOR CREDIT TIME.........: 144
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 314
TOTAL GCT EARNED................: 35
STATUTORY RELEASE DATE PROJECTED: 01-16-2027
ELDERLY OFFENDER TWO THIRDS DATE: 05-07-2021
EXPIRATION FULL TERM DATE.......: 11-26-2027
TIME SERVED.....................:    14 YEARS     5 MONTHS    23 DAYS
PERCENTAGE OF FULL TERM SERVED..:  73.6
PERCENT OF STATUTORY TERM SERVED:  76.9

PROJECTED SATISFACTION DATE.....: 01-16-2027
PROJECTED SATISFACTION METHOD...: GCT REL




 S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```