```
   LOSDN  531.01 *                INMATE HISTORY                *     09-19-2022
PAGE 001         *                   ADM-REL                    *     13:10:44

 REG NO..: 40688-007 NAME....: DAVIS, RAYNARD
 CATEGORY: ARS        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
BMP    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-06-2021 1405 CURRENT
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-06-2021 1505 08-06-2021 1505
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-06-2021 1000 08-06-2021 1505
OKL    HLD REMOVE HOLDOVER REMOVED              08-06-2021 0900 08-06-2021 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-02-2021 1200 08-06-2021 0900
5-X    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-02-2021 1300 08-02-2021 1300
5-X    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-02-2021 0311 08-02-2021 1300
FLP    TRANSFER   TRANSFER                      08-02-2021 0111 08-02-2021 0111
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-12-2020 1848 08-02-2021 0111
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-12-2020 2048 11-12-2020 2048
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-12-2020 1102 11-12-2020 2048
VIP    TRANSFER   TRANSFER                      11-12-2020 0802 11-12-2020 0802
VIP    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-31-2019 0859 11-12-2020 0802
7-G    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-31-2019 1159 10-31-2019 1159
7-G    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-31-2019 1156 10-31-2019 1159
VIM    TRANSFER   TRANSFER                      10-31-2019 0856 10-31-2019 0856
VIM    A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-29-2019 2014 10-31-2019 0856
8-N    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-29-2019 2314 10-29-2019 2314
8-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-29-2019 2313 10-29-2019 2314
VIP    TRANS SEG  TRANSFER-SEGREGATION          10-29-2019 2013 10-31-2019 0859
VIP    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-29-2019 2012 10-29-2019 2013
VIP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 10-29-2019 1057 10-29-2019 2012
VIP    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-28-2019 0120 10-29-2019 1057
VIP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-27-2019 1927 09-28-2019 0120
VIP    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-19-2019 1234 09-27-2019 1927
7-G    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-19-2019 1534 09-19-2019 1534
7-G    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-19-2019 1518 09-19-2019 1534
VIM    HLD REMOVE HOLDOVER REMOVED              09-19-2019 1218 09-19-2019 1218
VIM    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 09-17-2019 2056 09-19-2019 1218
8-N    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-17-2019 2356 09-17-2019 2356
8-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-17-2019 2353 09-17-2019 2356
VIP    TRANS SEG  TRANSFER-SEGREGATION          09-17-2019 2053 09-19-2019 1234
VIP    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-16-2019 1329 09-17-2019 2053
7-G    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-16-2019 1629 09-16-2019 1629
7-G    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-16-2019 1622 09-16-2019 1629
VIM    HLD REMOVE HOLDOVER REMOVED              09-16-2019 1322 09-16-2019 1322
VIM    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 09-15-2019 2106 09-16-2019 1322
8-N    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-16-2019 0006 09-16-2019 0006
8-N    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-15-2019 2359 09-16-2019 0006
VIP    TRANS SEG  TRANSFER-SEGREGATION          09-15-2019 2059 09-16-2019 1329
VIP    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-05-2019 1328 09-15-2019 2059




        G0002      MORE PAGES TO FOLLOW . . .
```

```
   LOSDN  531.01 *              INMATE HISTORY                *    09-19-2022
PAGE 002         *                ADM-REL                     *    13:10:44

 REG NO..: 40688-007 NAME....: DAVIS, RAYNARD
 CATEGORY: ARS        FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-05-2019 1628 04-05-2019 1628
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-05-2019 0954 04-05-2019 1628
OKL    HLD REMOVE HOLDOVER REMOVED              04-05-2019 0854 04-05-2019 0854
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 04-02-2019 1615 04-05-2019 0854
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-02-2019 1715 04-02-2019 1715
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-02-2019 0901 04-02-2019 1715
MCR    TRANSFER   TRANSFER                      04-02-2019 0901 04-02-2019 0901
MCR    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-23-2018 1527 04-02-2019 0901
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-23-2018 1527 05-23-2018 1527
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-23-2018 0955 05-23-2018 1527
OKL    HLD REMOVE HOLDOVER REMOVED              05-23-2018 0855 05-23-2018 0855
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-03-2018 1800 05-23-2018 0855
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-03-2018 1900 05-03-2018 1900
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-22-2018 0530 05-03-2018 1900
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-22-2018 0530 03-22-2018 0530
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-21-2018 1525 03-22-2018 0530
SET    HLD REMOVE HOLDOVER REMOVED              03-21-2018 1225 03-21-2018 1225
SET    A-HLD      HOLDOVER, TEMPORARILY HOUSED  03-09-2018 1044 03-21-2018 1225
6-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-09-2018 1344 03-09-2018 1344
6-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-09-2018 1343 03-09-2018 1344
CSE    TRANSFER   TRANSFER                      03-09-2018 1043 03-09-2018 1043
CSE    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-14-2017 1320 03-09-2018 1043
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-14-2017 1620 03-14-2017 1620
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-15-2017 0530 03-14-2017 1620
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-15-2017 0530 02-15-2017 0530
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-14-2017 0641 02-15-2017 0530
CLP    TRANSFER   TRANSFER                      02-14-2017 0641 02-14-2017 0641
CLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-28-2013 1404 02-14-2017 0641
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-28-2013 1404 02-28-2013 1404
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-28-2013 0610 02-28-2013 1404
ATL    HLD REMOVE HOLDOVER REMOVED              02-28-2013 0610 02-28-2013 0610
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 02-21-2013 1707 02-28-2013 0610
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-21-2013 1707 02-21-2013 1707
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-21-2013 1135 02-21-2013 1707
OKL    HLD REMOVE HOLDOVER REMOVED              02-21-2013 1035 02-21-2013 1035
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 02-19-2013 1750 02-21-2013 1035
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-19-2013 1850 02-19-2013 1850
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-19-2013 0658 02-19-2013 1850
ALP    TRANSFER   TRANSFER                      02-19-2013 0658 02-19-2013 0658
ALP    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-18-2012 0931 02-19-2013 0658
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-18-2012 0931 04-18-2012 0931




         G0002      MORE PAGES TO FOLLOW . . .
```

```
   LOSDN   531.01 *              INMATE HISTORY              *    09-19-2022
PAGE 003         *                 ADM-REL                   *    13:10:44

 REG NO..: 40688-007 NAME....: DAVIS, RAYNARD
 CATEGORY: ARS        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-18-2012 0840 04-18-2012 0931
LEW    TRANSFER   TRANSFER                      04-18-2012 0840 04-18-2012 0840
LEW    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-16-2011 1448 04-18-2012 0840
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-16-2011 1448 05-16-2011 1448
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-16-2011 0900 05-16-2011 1448
OKL    HLD REMOVE HOLDOVER REMOVED              05-16-2011 0800 05-16-2011 0800
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-09-2011 2005 05-16-2011 0800
9-I    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-09-2011 2105 05-09-2011 2105
9-I    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-09-2011 1000 05-09-2011 2105
TCP    TRANSFER   TRANSFER                      05-09-2011 0700 05-09-2011 0700
TCP    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-27-2011 1418 05-09-2011 0700
9-I    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-27-2011 1718 04-27-2011 1718
9-I    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-27-2011 1007 04-27-2011 1718
TCP    TRANSFER   TRANSFER                      04-27-2011 0707 04-27-2011 0707
TCP    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-08-2011 1740 04-27-2011 0707
TCP    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-08-2011 1224 03-08-2011 1740
TCP    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-14-2010 2002 03-08-2011 1224
TCP    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 10-14-2010 1448 10-14-2010 2002
TCP    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-24-2010 1922 10-14-2010 1448
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-24-2010 2222 06-24-2010 2222
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-24-2010 1045 06-24-2010 2222
OKL    HLD REMOVE HOLDOVER REMOVED              06-24-2010 0945 06-24-2010 0945
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 06-14-2010 1645 06-24-2010 0945
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-14-2010 1745 06-14-2010 1745
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-14-2010 0621 06-14-2010 1745
ALM    TRANSFER   TRANSFER                      06-14-2010 0621 06-14-2010 0621
ALM    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-21-2009 1802 06-14-2010 0621
8-C    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-21-2009 1802 05-21-2009 1802
8-C    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-21-2009 1430 05-21-2009 1802
CAA    HLD REMOVE HOLDOVER REMOVED              05-21-2009 1430 05-21-2009 1430
CAA    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-15-2009 1305 05-21-2009 1430
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-15-2009 1305 05-15-2009 1305
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-15-2009 0625 05-15-2009 1305
RBK    TRANSFER   TRANSFER                      05-15-2009 0625 05-15-2009 0625
RBK    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-25-2008 1215 05-15-2009 0625
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-25-2008 1215 09-25-2008 1215
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-25-2008 0516 09-25-2008 1215
LEW    HLD REMOVE HOLDOVER REMOVED              09-25-2008 0516 09-25-2008 0516
LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED  09-15-2008 1732 09-25-2008 0516
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-15-2008 1732 09-15-2008 1732
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-04-2008 1029 09-15-2008 1732




  G0002      MORE PAGES TO FOLLOW . . .
```

```
   LOSDN  531.01 *              INMATE HISTORY                *    09-19-2022
 PAGE 004 OF 004 *                ADM-REL                     *     13:10:44

  REG NO..: 40688-007 NAME....: DAVIS, RAYNARD
  CATEGORY: ARS         FUNCTION: PRT         FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
 DSC    ADMIN REL  ADMINISTRATIVE RELEASE        09-04-2008 0929 09-04-2008 0929
 DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      09-04-2008 0927 09-04-2008 0929






















 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```