BP-A0518
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## INSTITUTION ADMISSION AND ORIENTATION PROGRAM CHECKLIST

| Inmate's Name | Register No. | Institution |
|---|---|---|
| RAYNARD DAVIS | 40688-007 | USP Victorville, Ca. |

| # | Program Content | Authorized Staff | Date |
|---|---|---|---|
| 1. | UNICOR Interview | [sig] | 4-9-19 |
| 2. | Correctional Services | [sig] | 4.9.19 |
| 3. | Medical Services (including AIDS film & Lecture) | [sig] | 4-9-19 |
| 4. | Chaplaincy Services | [sig] | 4/9/19 |
| 5. | Inmate Systems/ Records Office/ R&D/ Mail Room | [sig] | 4/9/19 |
| 6. | Commissary Services/ Inmate Accounts | [sig] | 4/9/19 |
| 7. | Clothing Requests/ Laundry Procedures | [sig] | 4/9/19 |
| 8. | Food Service | [sig] | 4-9-19 |
| 9. | Psychology Services/Drug Abuse Program | IRVM | 4-9-19 |
| 10. | Sexual Abuse/Assault Prevention and Intervention | IRVM | 4-9-19 |
| 11. | Diversity in the Criminal Justice System | IPVM | 4-9-19 |
| 12. | Safety and Sanitation | [sig] | 4-9-19 |
| 13. | Inmate Accident Compensation | [sig] | 4-9-19 |
| 14. | Facilities / Mechanical Services | [sig] | 4-9-19 |
| 15. | Educational Services | Vandiver | 4-9-19 |
| 16. | Veterans / Social Security Benefits | [sig] | 4-9-19 |
| 17. | Treaty Transfer of Offenders to Foreign Countries | [sig] | 4/9/19 |
| 18. | Selective Service System / BOP Registration Program | [sig] | 4-9-19 |
| 19. | Inmate Financial Responsibility Program | [sig] | 4/9/19 |
| 20. | Community-Based Activities | [sig] | 4/9/19 |
| 21. | Release Preparation Program | [sig] | 4/9/19 |
| 22. | Administrative Remedy Program | [sig] | 4/9/19 |
| 23. | Unit Management | [sig] | 4/9/19 |
| 24. | Visiting | [sig] | 4.9.19 |
| 25. | Telephone Regulations / Procedures | [sig] | 4.9.19 |
| 26. | **Recreation** | [sig] | 4-9-19 |
| 27. | **Executive Staff Overview** | [sig] | 4.9.19 |
| 28. | **Re-Entry** | [sig] | 4-9-19 |
| 29. | | | |
| 30. | | | |

Comments:

| I have attended all classes of the A & O Program as listed above. | Date | Unit |
|---|---|---|
| Signature of Inmate [sig] | 04/09/2019 | 6 A |

Central File - Section 3

FILE IN SECTION 3 UNLESS APPROPRIATE FOR PRIVACY FOLDER

## SECTION 3