BP-S597.052 **UNIT ADMISSION AND ORIENTATION PROGRAM CHECKLIST** CDFRM
AUG 2002

**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

| Inmate's Name<br>Davis, Raynard | Register No.<br>40688-007 | Institution<br>VIP - Victorville, CA USP |
|---|---|---|

**Unit Officer(s):** Discussion of topics is to be completed no later than on the day the inmate arrives in the unit. The Unit Officer will sign and date this form in the appropriate section(s) for each applicable housing unit.

Topics:     Counts/Accountability/Searches/Pass System/Controlled Movement/Clothing and Laundry/Wake-up/Lights Out/TV Policy/Fire Escape Procedures/Unit Visitation/Sanitation/Smoking Rules

| Indicate DATE(s) inmate arrived in ALL applicable unit(s) | Unit Officer Signature | Date Overview Completed |
|---|---|---|
| Assigned Unit   6A / 4-05-2019 | [signature] | 4-5-11 |
| A&O Unit | | |
| Temporary Unit | | |

**Unit Management Staff**: Discussions of topics are to be completed within 7 calendar days after the inmate's arrival in the assigned unit. Unit staff will sign and date this form upon completion of their section. The inmate will sign and date this form upon completion of all sections.

| U N I T  M G R | Sanitation/Security/Safety<br>Rights and Responsibilities<br>Unit Organization and Staff Roles/<br>Staff Responsibility | Signature/Date (**Assigned Unit**)  4-7-19<br>[signature]<br>Comments: |
|---|---|---|
| C A S E  M G R | Classification/Reviews - Unit Team<br>Sentence Data and Detainers<br>Custody/Security Level<br>Programs - ED/VT/ UNICOR/DAP/Recreation<br>Law Library/Administrative Remedy<br>Release Preparation | Signature/Date (**Assigned Unit**)<br>[signature]<br>Comments: none |
| C O U N S E L O R | Personal Appearance/Personal Property<br>Counseling/Problem Solving<br>Medical Services/Religious Services<br>Commissary/Withdrawal of Funds/FRP<br>Mail Regulations (Special and General)<br>Work Assignments/Performance Pay<br>Visiting and Telephone Privileges<br>Unit Bulletin Board/Change Sheet | Signature/Date (**Assigned Unit**)  6A<br>[signature] 4-7-19<br>Comments:<br><br>NONE |

I have been oriented in all of the applicable areas listed above and have had an opportunity to discuss same with unit staff.

| Inmate's Signature<br>[signature] | Date Signed |
|---|---|