'O'

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Case No. 5:21-cv-1475-CAS (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF COMPLAINT** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to grant Defendants' motion for partial dismissal of Plaintiff's complaint and any relevant records as needed. Because the deadline for objections has passed with none filed by either side, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Based on its review, the Court accepts the Report and Recommendation as filed.

  IT IS THEREFORE ORDERED that Defendants' motion be GRANTED as recommended and that Plaintiff's Eighth Amendment claim against Defendants Martini and Gomez under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), be DISMISSED WITHOUT LEAVE TO AMEND.

  IT IS FURTHER ORDERED that, as recommended, the United States be substituted in place of the Federal Bureau of Prisons and the Victorville

Medical Department as the sole named Defendant in this action. With that substitution, the United States is ORDERED to answer Plaintiff's remaining claim under the Federal Tort Claims Act within 21 days of this order.

The case remains referred to the assigned Magistrate Judge for pretrial proceedings.

IT IS SO ORDERED.

DATED: January 24, 2023

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE