UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-CV-1475-CAS (SK) | Date | May 1, 2023 |
|---|---|---|---|
| Title | Raynard Davis v. United States of America | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Under the Court's Scheduling Order, the parties' mandatory case status reports were due on Monday, April 17, 2023. (ECF 56). But as of this order, Plaintiff has filed no case status report as ordered. The case status report is not an empty document; it is an indispensable tool in assessing how Plaintiff intends to prosecute the case and provides the Court with necessary information to schedule court proceedings aimed at a merits disposition. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992).

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **Monday, May 15, 2023**, why this action should not be dismissed for lack of prosecution and failure to obey court orders. Plaintiff may discharge this order by filing his case status report by the **May 15, 2023**, deadline. Alternatively, if Plaintiff does not intend to prosecute this action, he may file a notice of voluntary dismissal using the attached CV-9 form. Voluntarily dismissed actions do not count as "strikes" under 28 U.S.C. § 1915(g), which limits the number of civil rights lawsuits that prisoners may file while incarcerated.

Failure to file a notice of voluntary dismissal, a case status report, or an otherwise timely response to this order may lead to involuntary dismissal of this action for failure to prosecute and obey court orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.