## DECLARATION OF ISAAC GOMEZ

I, Isaac Gomez, do hereby declare and state as follows:

1. I am a registered paramedic currently employed as a Health Technician/Paramedic with the Bureau of Prisons ("BOP"). I am registered with the National Registry of Paramedics (NRP No. M5057175), as a California State Paramedic (State Paramedic No. P25018), and a Los Angeles County Paramedic (LA County Paramedic No. P9094).

I. EDUCATION AND EMPLOYMENT HISTORY

2. I attended Mount San Antonio College for Paramedic School where I graduated with a Paramedic License in Paramedicine in 2005.

3. I became licensed by the State of California to practice as a paramedic on June 20, 2007 and have been active as a paramedic since.

4. From 2007 until 2016, I worked as a paramedic with the Los Angeles County Fire Department, City of La Habra Heights.

5. In 2015, while still working as a Fire Department Paramedic, I also began working as a Health Technician/Paramedic for BOP at United States Penitentiary ("USP") Lompoc.

6. In June 2016, I left BOP and the City of La Habra Heights to begin working as a paramedic in the private industry to have a more flexible schedule after my eldest son was appointed to West Point Military Academy. In the private industry, I primarily worked in emergency transportation, responding to 911 calls.

7. In November 2017, when my schedule better allowed, I rejoined BOP, this time at USP Victorville, as a Health Technician/Paramedic. I worked at USP Victorville until March 2020, at which point I transferred to Metropolitan Detention Center ("MDC") Los Angeles to be closer to home. I worked at MDC Los Angeles from March 2020 until February 2022.

8. In February 2022, I again left BOP for the private industry when family members took ill. The freelance schedule allowed me more flexibility to be with family.

1

9. In February 2023, I began working as a paramedic for the Morongo Valley Fire Department. In May 2023, I rejoined BOP as a Health Technician/Paramedic at USP Victorville. I currently hold positions with both Morongo Valley and BOP.

10. In addition to my paramedic training and education, I am also certified by the American Heart Association as a Basic Life Support/CPR Instructor, an Advanced Cardiac Life Support Instructor, and a Pediatric Advanced Life Support Instructor. I actively run certification courses in all three specialties. I am also certified as a Flight Paramedic and a Critical Care Paramedic. I underwent firefighter training and am certified as a Firefighter, Certification Level 1.

11. I have specialty certifications in a number of emergency medicine procedures, including but not limited to, intraosseous vascular administration training, mobile ventilator training, mobile IV pump training, and tactical emergency casualty care.

## II. INTRAOSSEOUS VASCULAR ADMINISTRATION

12. Intraosseous ("IO") vascular administration is a medical procedure that serves as an alternative to intravenous ("IV") administration of medication and/or fluids.

13. IV administration of fluids may not be possible for a number of reasons. This includes, but is not limited to, patients with more fatty tissue than average, making veins difficult to access; patients with darker pigmentation, making veins difficult to see or verify; patients with low fluids and therefore low venous blood pressure; and serious emergencies where time-sensitive care is essential.

14. To deliver fluids by IO administration, a trained healthcare provider drives an access point into the bone canal of the tibia, the larger of the two leg bones below the knee, using a medical grade power driver (similar to the equipment pictured below).



15. This gives the provider access the vascularity of the bone canal, allowing immediate and effective administration of medication or fluids in an emergent medical situation.

16. If the patient is conscious at the time of the procedure, the provider would apply a topical numbing agent like lidocaine as a local anesthetic. If the patient is not conscious, IO training does not dictate applying a topical numbing agent. Establishing IO fluid administration takes approximately thirty seconds.

17. IO administration can be used to deliver medication that needs to be fast acting or can increase blood pressure during various emergencies.

18. It is BOP paramedic policy that if an IV is required but cannot be established, the next step is to attempt to administer fluids via IO. All BOP IOs must be performed by paramedics or health care providers with IO certification or training.

19. I have placed over 100 IOs in my career as a paramedic and placed IOs both before and after Mr. Davis was an inmate at USP Victorville.

20. I have only placed IOs where medically indicated and in accordance with BOP paramedic policy.

### III. TREATMENT OF PLAINTIFF RAYNARD DAVIS

21. I do not independently remember treating Plaintiff Raynard Davis.

22. I understand that Mr. Davis was an inmate at USP Victorville in 2019 during a period of time I was working as a Health Technician/Paramedic at USP Victorville.

23. I do not recall specifically contacting EMTs to take Mr. Davis off-site for further care following the triage care that I provided on-site.

24. It is typical BOP practice to call EMTs to escort inmates for off-site care following a loss of consciousness or a seizure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of August, at Victorville, California.

_____
ISAAC GOMEZ