# DECLARATION OF RAHUL R.A. HARI

I, RAHUL R.A. HARI, hereby declare and state as follows:

1.    I am an Assistant United States Attorney employed by the United States Attorney's Office for the Central District of California, and I am responsible for the defense in this action brought against the United States.  I make the following factual statements based on my personal knowledge and information and belief, along with my review of the official files and records of the United States Attorney's Office, and the official files and records provided to me by the Bureau of Prisons.  If called as a witness, I could and would competently testify thereto.

2.    Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Plaintiff Raynard Davis, taken on June 9, 2023.

3.    Attached to this declaration as **Exhibit 2** is a true and correct copy of an incident memorandum written by Jacob Martini, dated September 27, 2019.

4.    Attached to this declaration as **Exhibit 3** is a true and correct copy of an excerpt from Plaintiff Raynard Davis's BOP Electronic Medical Record ("BEMR"), dated December 15, 2020.

5.    Attached to this declaration as **Exhibit 4** is a true and correct copy of the SF-95 Tort Claim Plaintiff filed at the administrative record, dated December 9, 2019.

Executed under penalty of perjury on August 16, 2023, at Los Angeles, California.

/s/ *Rahul R.A. Hari*

RAHUL R.A. HARI

# EXHIBIT 1

# *In The Matter Of:*

### *Raynard Davis*
### *v.*
### *USA*

---

### *Raynard Davis VOL 1*

### *June 9, 2023*

---



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **1154785**
number of pages 56

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION


RAYNARD DAVIS,                          )
                                        )
          Plaintiff,                    )
                                        )
VS.                                     )
                                        )  Case No.
UNITED STATES OF AMERICA,               )  19-cv-01710-CAS-SK
                                        )
                                        )
          Defendant.                    )
_____  )



DEPOSITION OF RAYNARD DAVIS

APPEARING REMOTELY

Friday, June 9, 2023




REPORTED BY:

GRACE CHUNG, CSR No. 6246, RMR, CRR

APPEARING REMOTELY FROM IRVINE, CALIFORNIA

FILE NO.: 1154785

**Raynard Davis - 6/9/2023**

```
 1                  UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

 3
        RAYNARD DAVIS,                      )
 4                                          )
                   Plaintiff,               )
 5                                          )
        VS.                                 )
 6                                          )   Case No.
        UNITED STATES OF AMERICA,           )   19-cv-01710-CAS-SK
 7                                          )
                                            )
 8                 Defendant.               )
        _____)
 9

10

11

12

13

14

15                  Deposition of RAYNARD DAVIS, taken on behalf

16     of Defendant, beginning at 7:19 a.m. and ending at 8:33 a.m.,

17     on Friday, June 9, 2023, before GRACE CHUNG, CSR No. 6246,

18     RMR, CRR.

19

20

21

22

23

24

25
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**
**20          Decl. of Rahul R.A. Hari, Exhibit 1**

Raynard Davis - 6/9/2023

```
1                    A P P E A R A N C E S

2    (All appearances via videoconference.)

3

4    For the Plaintiff:

5    RAYNARD DAVIS
     REG NO. 40688-007
6    USP BEAUMONT
     Inmate Mail/Parcels
7    P. O. BOX 26030
     BEAUMONT, Texas 77720
8    (In Pro Per)

9
     For the Defendant:
10
     ASSISTANT UNITED STATES ATTORNEY
11   BY:  RAHUL HARI, ESQ.
     300 North Los Angeles Street
12   Suite 7516
     Los Angeles, California 90012
13   (213) 894-2420
     Rahul.Hari@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

**Raynard Davis - 6/9/2023**

1                      Friday, June 9, 2023

2                          7:19 a.m.

3                        RAYNARD DAVIS,

4          having been first duly sworn or affirmed, was

5                examined and testified as follows:

6

7                         EXAMINATION

8    BY MR. HARI:

9        Q.   Good morning, Mr. Davis.  Thank you for

10   joining us.  My name is Raul Hari.  I'm the

11   Assistant United States Attorney representing the

12   federal government in the lawsuit that you have

13   brought against the federal government here in THE

14   Central District of California.  I will be taking

15   your deposition today.

16           Before we get started with the questioning,

17   would you please state and spell your full name for

18   the record, including middle names?

19       A.   Raynard Davis, R-A-Y-N-A-R-D, D-A-V-I-S.

20   Raynard Davis.

21       Q.   Thank you, Mr. Davis.  Have you ever had

22   your deposition taken before?

23       A.   No, sir.

24       Q.   So I will go over what we call

25   admonitions, but they just mean the ground rules or

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

**Decl. of Rahul R.A. Hari, Exhibit 1**

Raynard Davis - 6/9/2023

1    Q.   Do you suffer from any medical conditions
2    that require regular care?
3    A.   Yeah.  I suffer from -- I've got seizures,
4    and I got thyroid problems.
5    Q.   Do you know what condition causes the
6    seizures?
7    A.   Yeah.  When I was young, I tried to do a
8    flip off a table, like we was just talking about,
9    and slammed my head on the ground.  And I was
10   suffering from seizures from probably, like, 9
11   years old to probably, like, 14.  I had to be
12   hospitalized a lot.
13   Q.   You said from 9 to 14 you were suffering
14   from seizures.  Have you had seizures after that?
15   A.   Yeah.  But from 9 to 14, it was way bad
16   than what it is now.  I had to be in a hospital
17   nearly every day.
18   Q.   About how often do you have seizures now?
19   A.   I mean, the last one, if I'm not mistaken,
20   I think it was, like, four, five months ago.  But
21   the officer here told my cellie to help me out,
22   from what I was told.  And they left me in the cell
23   and told me I'd get through.  But, you know, that's
24   the stuff we go through in prison.
25   Q.   And we'll talk about your specific

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com
23        Decl. of Rahul R.A. Hari, Exhibit 1

Raynard Davis - 6/9/2023

1  allegations in just a minute.  I just want to get

2  -- make sure I'm understanding the scope of your

3  seizure history.

4         You said four to five months ago was the

5  last one.  But what about before that?  When was the

6  last one?

7      A.   The last one, if I'm not mistaken, I think

8  it was on -- it was in '22.  I was back in a SHU,

9  or special housing.  As long as I take my medicine,

10  I won't be having seizures frequently.  But, you

11  know, like once or twice, I only get -- you know,

12  it won't be bad as long I take my medicine.

13      Q.   So that was my next question.  Would you

14  estimate that you have seizures once or twice a

15  year?

16      A.   Yeah.  That's if I'm on my medication,

17  though.

18      Q.   And what medication is that?

19      A.   Currently, they got me on -- I think it's

20  valproic acid or something, Depakote.  They just

21  recently changed it, so I don't really remember.

22      Q.   What about -- thinking back to 2019, 2020,

23  when you were at Victorville, were you on

24  medications for seizures at that time?

25      A.   Yes.

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

24         Decl. of Rahul R.A. Hari, Exhibit 1

Raynard Davis - 6/9/2023

1  get no appointments with medical unless you file

2  for it.

3      Q.    About how often would you have sick calls

4  when you were at Victorville?

5      A.    Truth be told, I don't really put in sick

6  calls unless I really need them.  So I don't -- to

7  be honest, probably like once or twice.

8      Q.    Do you remember why you put in sick calls?

9      A.    No, truthfully.  I don't want to lie.

10     Q.    You mentioned that you occasionally suffer

11  from mental health -- I believe you said mental

12  health issues.  What do you mean by that?

13     A.    I mean, I got depression and, you know,

14  stuff like that, manic bipolar, I think.  I don't

15  remember what they diagnosed me with, but, you

16  know, I should be trying to get help.

17     Q.    You said you don't know what they

18  diagnosed you with.  Who was it that diagnosed you?

19     A.    I have been diagnosed in every institution

20  I've been in for the past 15, 16 years.  So every

21  institution got their own diagnosis.  And truth be

22  told, they don't care if you got problems or not,

23  so that's another thing about being in prison.

24     Q.    And I don't want to keep talking about

25  this, Mr. Davis, but you just reminded me of some

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com
25      Decl. of Rahul R.A. Hari, Exhibit 1

Raynard Davis - 6/9/2023

1   then Choices in Alexandria, Virginia, or something.

2   It's in Virginia.  I've been to a lot of them.  I'm

3   kind of -- truth be told, I've been in institutions

4   because my mother was on drugs and I got taken from

5   them when I was a kid.

6       Q.   Sorry to hear that.  When you would go to

7   these mental health hospitals prior to

8   incarceration, did they diagnose you with any

9   mental health conditions?

10      A.   Yeah, but it's hard for me to get -- I was

11  trying to get the records and stuff like that, but

12  it's hard to get them.

13      Q.   What's your best recollection of what they

14  diagnosed you with at that time?

15      A.   Like the same thing like I told you, that

16  I suffer from major depression and bipolar -- I

17  guess they say bipolar is nothing no more, but I

18  guess mood swings and stuff.

19      Q.   I'm going to ask you some questions,

20  Mr. Davis, that can be difficult, so, you know, I

21  apologize in advance.  I'm not trying to be

22  insensitive, but it's important for me to ask these

23  questions to understand your case.

24          Have you ever had thoughts of harming

25  yourself?

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

26          Decl. of Rahul R.A. Hari, Exhibit 1

Raynard Davis - 6/9/2023

1      A.    Yeah.

2      Q.    About how often do you have these

3  thoughts?

4      A.    I mean, it's hard to say, but, you know,

5  really my whole life, but --

6      Q.    Did you have thoughts of harming yourself

7  while you were at USP Victorville?

8      A.    When I was at USP Victorville, that's

9  where all that happened from.  I was in suicide

10  watch in medical, and I was taken out of suicide

11  watch because, you know, staff and everything and

12  everybody playing games or, you know, doing things

13  for no reason, I guess, but they took me out of

14  suicide watch without even having authorization

15  from the psychologist.  And that's when they took

16  me back to the special housing, and from there, I

17  woke up in medical while the nurse was drilling a

18  hole in my leg.

19      Q.    And, again, I will ask you about, you

20  know, the circumstances surrounding your

21  allegations in just a second, but I just want to

22  make sure I get a clear picture of your mental

23  health at the time.

24            Had you attempted suicide while you were at

25  USP Victorville?

Page 19

Raynard Davis - 6/9/2023

1        A.    I think so, yeah.  I had an overdose.

2        Q.    Was that intentional?

3        A.    Yeah.  I lost my grandmother, and they

4   refused to allow me to call my family.

5        Q.    Do you remember when that was,

6   approximately?

7        A.    '19.  I don't remember the month

8   specifically.  Because I wasn't able to reach out

9   to my family, I missed the funeral and everything.

10        Q.    Would that have been around the time of

11   your allegations or before or after?

12        A.    All this is around the same time.

13        Q.    You said you were placed on suicide watch.

14   What did that entail?

15        A.    I mean, that entails you being housed in

16   -- normally you would be housed in medical and

17   observation room, and until psychology authorizes

18   the staff to move you, you are not supposed to be

19   able to leave.

20        Q.    How long were you on suicide watch in

21   October 2019 at USP Victorville?

22        A.    I think probably a day.  Like I said, all

23   this incident that we are talking about, all stems

24   from that.

25        Q.    You said that you had overdosed around

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

28        Decl. of Rahul R.A. Hari, Exhibit 1

Raynard Davis - 6/9/2023

```
 1    that time.  Had you ever attempted to harm yourself

 2    through any means other than overdose?

 3         A.   Other than that, most I ever did was

 4    probably, like, bang my head or something.

 5         Q.   Can you tell me about that?

 6         A.   I mean, I don't know what to say.  I mean,

 7    I just banged my head a few times, but that's it.

 8         Q.   Against what?

 9         A.   Like the wall and stuff.

10         Q.   When would that have been?

11         A.   If I'm not mistaken, that happened before

12    the incident that happened with this.  It was like,

13    I think, a week before, because I had a black eye.

14    And when they took me to the hospital from having

15    the seizure, they asked me why was my eye swollen

16    and black like that.

17         Q.   Was that the only time that you banged

18    your head against the wall?

19         A.   I mean, truthfully, no, but during that

20    time, yeah.

21         Q.   Okay.  So I want to turn to your

22    allegations in your complaint.  You said that -- we

23    will take it step by step.  All right?

24         A.   Yes.

25         Q.   What happened at the end of the suicide
```

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

**29**      **Decl. of Rahul R.A. Hari, Exhibit 1**

1  sprayed me with OC and mace.

2      Q.   And you said, after that, you were

3  escorted to SHU or the special housing unit?

4      A.   Yeah.  Then I was escorted back out to

5  medical, to special housing, without the consent or

6  being authorized by psychology.

7      Q.   That incident you said occurred in the

8  showers, how many people were there?

9      A.   It was just me, Officer Martini, and, like

10 I told you, Lieutenant Hoffman, and another

11 officer.

12     Q.   So is it your testimony, Mr. Davis, that

13 there were four people there, including yourself?

14 Do I have that right?

15     A.   Yes, from what I can recollect.

16     Q.   Were there any other inmates there that

17 you can recall?

18     A.   No.  In special housing, the inmate

19 is normally -- they are going to be behind a cell

20 door.

21     Q.   So other than you, Lieutenant Hoffman,

22 Officer Martini, and a second officer whose name

23 you cannot recall, was there anyone else in the

24 shower at the time?

25     A.   No, it wasn't, but it was supposed to be a

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

Raynard Davis - 6/9/2023

1  camera, because anytime they put you in restraints,

2  per BOP policy, they are supposed to have a camera

3  recording what's going on.  But like I told you,

4  they didn't have no camera.  And they know the

5  shower -- the camera from the tag -- and the

6  cameras in the special housing cannot be observed.

7  They can't observe the showers.

8      Q.   Thank you.  You said, Mr. Davis, that

9  after the incident you allege in the showers, that

10  you woke up in medical?

11     A.   Yes.

12     Q.   Was Nurse Gomez there?

13     A.   When I was in medical, the same officers

14  was present, but now the medical staff or the Nurse

15  Gomez was there.

16     Q.   Was anyone else present?

17     A.   We had the psychologist.  She came, too.

18  Because she was -- she asked the lieutenant why did

19  he take me out of medical in the first place when

20  he wasn't supposed to.

21     Q.   Do you remember the psychologist's name?

22     A.   No, I can't, but I think it's supposed to

23  be in some of the records and stuff that I've been

24  asking for.

25     Q.   You say you've been asking for records,

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com
31      Decl. of Rahul R.A. Hari, Exhibit 1

Raynard Davis - 6/9/2023

1    Mr. Davis.  What do you mean?

2         A.   I've been filing grievances -- I've been

3    filing grievances to have the records filed, my

4    medical records, and records filed -- my psychology

5    records and stuff like this so I can have the names

6    and stuff and people that was involved.  I have

7    been writing the Freedom of Information Act, but

8    sometimes I don't get a response and stuff.  And

9    the majority of time when I file in the prison, I

10   rarely get a response back anyway.

11        Q.   You said the psychologist came and was

12   talking to Lieutenant Hoffman?

13        A.   Yes.

14        Q.   Is that a man or a woman?  Do you remember

15   the psychologist?

16        A.   It was a woman.  I think her name starts

17   with a P.  Her last name, I think it's like Italian

18   or something.  So that's why I said it's hard for

19   me to remember.

20        Q.   If I call her Dr. P for the rest of this

21   deposition, will you know who I'm talking about?

22        A.   Yeah.

23        Q.   So when Dr. P -- and, again, we are just

24   using "P" for the purposes of this deposition.

25   When Dr. P was talking to Lieutenant Hoffman, did

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com
32        Decl. of Rahul R.A. Hari, Exhibit 1

Raynard Davis - 6/9/2023

```
1              Was an IV placed in your leg that day at
2  USP Victorville?
3       A.   Yes, it was drilled in my leg.  It was
4  bad.  It was a painful experience, to be honest.
5       Q.   So there was an IV line in your leg at USP
6  Victorville?
7       A.   Yeah.  They were trying to find another IV
8  line.
9       Q.   You said a hole was drilled into your leg.
10 Were you awake when this happened?
11      A.   No.  That's what woke me up.
12      Q.   Was there some kind of device being used
13 to drill a hole in your leg?
14      A.   Yeah.  It was a handheld drill.
15      Q.   What do you mean by "drill"?
16      A.   Like a power drill.  It's a medical power
17 drill.  They've got to drill a hole in your bone
18 just so they can put an IV into it.  That's why it
19 was painful.  And they said they only use it under
20 extreme circumstances.
21      Q.   Who said that?
22      A.   The medical staff at Desert Valley
23 Hospital, they told me, and the EMT who picked me
24 up to take me to the hospital.
25      Q.   Did you see the drill, the actual,
```

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com
33        Decl. of Rahul R.A. Hari, Exhibit 1

Raynard Davis - 6/9/2023

1    easy -- like, that ain't a fast way.

2        Q.   Were you bleeding at that time?

3        A.   Yeah, it was a little blood.  From my

4    understanding, they had to patch my arm -- my leg

5    up.

6        Q.   Were you bleeding anywhere else?

7        A.   No.

8        Q.   You said you were assaulted in the shower,

9    taking a step back for a second.  Were there any

10   injuries you suffered from that?

11       A.   To be honest, I can't tell you the truth

12   about that because, like I said, I had a seizure.

13   Normally when I have seizures, I don't know -- I

14   could pick up the pieces, but I normally don't

15   recollect it.  But the only thing they said --

16   like, I had bruises or contusions on my head and

17   stuff, you know, but other than that, I didn't

18   really have no wounds as far as bleeding and stuff.

19       Q.   So is it your testimony that you did have

20   a seizure on that day?

21       A.   Yes, from my understanding.  I know -- I

22   know I was unconscious.

23       Q.   Any other injuries you recall?

24       A.   I mean, other than -- not really.

25       Q.   Do you have any -- sorry, go ahead.

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com
**34    Decl. of Rahul R.A. Hari, Exhibit 1**

Raynard Davis - 6/9/2023

```
1    eight to ten hours.

2         Q.   What were you treated for?

3         A.   I was treated for my seizures.

4         Q.   Were you given any medication?

5         A.   Yeah.  I think they put -- they put

6    another IV in my arm.

7         Q.   Do you know what medications they

8    administered?

9         A.   No, I don't remember, but it was more so

10   as far as my seizure medicine.  They just put an IV

11   in me.

12        Q.   And I should ask you the same question

13   about the IV that was placed in your leg at USP

14   Victorville.  Do you know what medication was

15   administered through that IV line?

16        A.   No.

17        Q.   Do you recall the doctor's name who

18   treated you at Desert Valley Hospital?

19        A.   No, sir.

20        Q.   Do you remember any of the nursing staff

21   who treated you?

22        A.   No.

23        Q.   Were there any BOP employees who were with

24   you while you were at Desert Valley?

25        A.   Yeah.  It was two correctional officers
```

Page 35

Raynard Davis - 6/9/2023

```
1              So that's why I don't really even got the
2    assault addressed because I didn't want to break the
3    policy.
4         Q.   Did anyone at Desert Valley treat you for
5    injuries from the assault?
6         A.   No, sir.  That's what I was explaining to
7    you earlier.  They thought the black eye that I had
8    was from the assault because I had a black eye,
9    like I told you, from a week earlier from banging
10   my head.  So you know, I clarified that, no, that's
11   an old wound.  And like I say, I had a few bumps,
12   like contusion on my head and stuff, but other than
13   that, I didn't get treated for no assault.  I just
14   got treated for having a seizure.
15        Q.   Is it your understanding that the bumps on
16   your forehead were from the alleged assault or from
17   hitting your head against the wall?
18        A.   It was from the alleged assault, like you
19   said.
20        Q.   Was that in the same place where you were
21   hitting your head?
22        A.   No.  I mean, to be honest, I don't really
23   remember, but I do know that I say when I banged my
24   head, that was the side of my head.  That's how I
25   got a black eye.  But a contusion on my forehead
```

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com
**36      Decl. of Rahul R.A. Hari, Exhibit 1**

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2          I, RAYNARD DAVIS, do hereby certify under

 3    penalty of perjury that I have read the foregoing

 4    transcript of my deposition taken on 06/09/2023; that

 5    I have made such corrections as appear noted on the

 6    Deposition Errata Page, attached hereto, signed by

 7    me; that my testimony as contained herein, as

 8    corrected, is true and correct.

 9

10       Dated this _____ day of_____,

11    2023, at _____, California.

12

13

14                   _____

15                        RAYNARD DAVIS

16

17

18

19

20

21

22

23

24

25
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com**

**37        Decl. of Rahul R.A. Hari, Exhibit 1**

Raynard Davis - 6/9/2023

```
1   STATE OF  CALIFORNIA        )
                                ) SS
2   COUNTY OF LOS ANGELES       )

3

4          I hereby certify that the witness in the

5   foregoing deposition was by me duly sworn to

6   testify to the truth, the whole truth and nothing

7   but the truth, in the within-entitled cause; that

8   said deposition was taken at the time and place

9   herein named; and that the deposition is a true

10  record of the witness's testimony as reported by

11  me, a duly certified shorthand reporter and a

12  disinterested person, and was thereafter

13  transcribed into typewriting by computer.

14             I further certify that I am not

15  interested in the outcome of the said action, nor

16  connected with nor related to any of the parties in

17  said action, nor to their respective counsel.

18          IN WITNESS WHEREOF, I have hereunto set

19  my hand.

20  Reading and Signing was:

21  ___ requested    __ waived   _x__ not requested

22

23          _____

24          Grace Chung, CSR. NO. 6246, RMR, CRR

25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com
**38**      **Decl. of Rahul R.A. Hari, Exhibit 1**

# EXHIBIT 2

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Complex

---

*Victorville, CA 92394*

*September 27, 2019*

MEMORANDUM FOR: Vargas. J Operations Lieutenant

FROM: J. Martini, Correctional Officer

SUBJECT: Immediate use of force on inmate Davis # 40688-007

On September, 27th 2019 at approximately 5:40 pm, I assisted in escorting inmate Davis reg. # 40688-007 from USP Special Housing unit to Suicide watch in the medical observation room located in medical. Once Davis was placed in the cell and the restraints were removed, he began to bang his head on the door. Davis was ordered multiple times to stop hurting himself to which he refused. He was then sprayed by staff to which the desired affect was achieved. I then assisted with escorting Davis back to the Special Housing unit to the shower for decontamination. While in the shower Inmate Davis began to have convulsions and placed on the ground. Medical Emergency was announced and I then assisted in placing Davis on the Medical Gurney and escorted him back to Medical for treatment. I have no injuries or loss of equipment to report at this time.

**Decl of Rahul R.A. Hari, Exhibit 2**

# EXHIBIT 3

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  DAVIS, RAYNARD | | Reg #:    40688-007 |
| Date of Birth:  04/11/1988 | Sex:     M    Race:  BLACK | Facility:  FLP |
| Encounter Date:  12/15/2020 13:29 | Provider:  Conroy, S. DO | Unit:      C08 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Conroy, S. DO

Chief Complaint:   ENDO/LIPID

Subjective:       32 y/o B M seen for 14-day.  Releases 2026.
The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

Hypothyroidism:  has Rx levothyroxine 100 mcg daily.  Denies having any of the usual s/sx of abnormal thyroid function.  No new issues
Last labs wer edone JULY 2019:
TSH=4.54
T4=1.64

**Pain:**         Not Applicable

COMPLAINT  **2**        Provider:  Conroy, S. DO

Chief Complaint:   MENTAL HEALTH

Subjective:       Depression and, per IM, BIPOLAR:  had been on Zoloft in the past but wanted to go off of it so was stopped and Dx Depression was changed to remission/resolved.  Today, IM states he is having depression for many months and would like to return to taking the Zoloft.  Denies recent/current SI/HI.

**Pain:**         Not Applicable

COMPLAINT  **3**        Provider:  Conroy, S. DO

Chief Complaint:   NEUROLOGY

Subjective:       Seizures:  has Rx Carbamazepine ER 200 mg bid.  last seizure was OCT 2019 when he had a head injury.  Around that same time, IM OD'ed for a suicide attempt.  He is fuzzy on the specifics.  Feels he will have good control of his seizures on the current med/dose.

**Pain:**         Not Applicable

**Seen for clinic(s):** Endocrine/Lipid, Mental Health, Neurology

**Added to clinic(s):** Neurology

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/15/2020 | 13:28 FLX | 98.0 | 36.7 | | Conroy, S. DO |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/15/2020 | 13:28 FLX | 84 | | | Conroy, S. DO |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/15/2020 | 13:28 FLX | 16 | Conroy, S. DO |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/15/2020 | 13:28 FLX | 115/75 | | | | Conroy, S. DO |

RDavis00184

**40**              **Decl. of Rahul R.A. Hari, Exhibit 3**

| Inmate Name: | DAVIS, RAYNARD | | | | Reg #: | 40688-007 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/11/1988 | | Sex: M   Race: BLACK | | Facility: | FLP |
| Encounter Date: | 12/15/2020 13:29 | | Provider: Conroy, S. DO | | Unit: | C08 |

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|---|---|---|---|---|---|
| 12/15/2020 | 13:28 FLX | 95 | Room Air | | Conroy, S. DO |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 12/15/2020 | 13:28 FLX | 74.0 | 188.0 | Conroy, S. DO |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 12/15/2020 | 13:28 FLX | Unavail | 0.0 | | Conroy, S. DO |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Nutrition**

Yes: Within Normal Limits

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**Thyroid**

Yes: Within Normal Limits

**Neurologic**

**Cranial Nerves (CN)**

Yes: CN 2-12 Intact Grossly

**Motor System-General**

Yes: Normal Muscular Bulk, Normal Muscular Tone

No: Involuntary Movements

**Motor System-Strength**

Yes: Normal Muscular Strength

**Mental Health**

**Affect**

Yes: Appropriate

**Mood**

Yes: Appropriate

**Thought Process**

Yes: Appropriate, Goal Directed

RDavis00185

| Inmate Name: DAVIS, RAYNARD | | Reg #: 40688-007 |
|---|---|---|
| Date of Birth: 04/11/1988 | Sex: M   Race: BLACK | Facility: FLP |
| Encounter Date: 12/15/2020 13:29 | Provider: Conroy, S. DO | Unit: C08 |

**ASSESSMENT:**

Hypothyroidism unspecified, 244.9 - Current

Epilepsy/Seizure Disorder, G40909 - Current

Unspecified mood [affective] disorder, F39 - Current - *depression*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Sertraline Tablet | 12/15/2020 13:29 |

**Prescriber Order:**   50 mg Orally  -   daily x 180 day(s) Pill Line Only -- 50 mg daily x 3 weeks then increase to 100 mg daily

Indication:   Unspecified mood [affective] disorder

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 294903-FLX | carBAMazepine ER 12 Hour 200 MG Tab | 12/15/2020 13:29 |

**Prescriber Order:**   ***pill line*** Take one tablet (200 MG) by mouth twice daily for seizure ***Do Not Crush*** x 365 day(s) Pill Line Only

Indication:   Epilepsy/Seizure Disorder

| 294904-FLX | LevoTHYROXINE Sodium 100 MCG Tab | 12/15/2020 13:29 |
|---|---|---|

**Prescriber Order:**   ***pill line*** Take one tablet (100 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism x 365 day(s) Pill Line Only

Indication:   Hypothyroidism unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 01/15/2021 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Chronic Care Clinics-Mental Health-Carbamazepine | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-CBC | One Time | 11/10/2021 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Chronic Care Clinics-Mental Health-Carbamazepine | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-TSH | One Time | 06/08/2021 00:00 | Routine |
| Lab Tests - Short List-General-T4, Free | | | |
| Chronic Care Clinics-Mental Health-Carbamazepine | | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MLP Chronic Care Follow up | 06/09/2021 00:00 | MLP 05 |
| please renew 6 month meds | | |
| Chronic Care Visit | 12/15/2021 00:00 | Physician 03 |

RDavis00186

**42**        **Decl. of Rahul R.A. Hari, Exhibit 3**

| Inmate Name: | DAVIS, RAYNARD | | | Reg #: | 40688-007 |
| Date of Birth: | 04/11/1988 | Sex: | M    Race:  BLACK | Facility: | FLP |
| Encounter Date: | 12/15/2020 13:29 | Provider: | Conroy, S. DO | Unit: | C08 |

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return To Sick Call if Not Improved

**Other:**

if after 6-8 weeks of returning to Zoloft, sx are not controlled, send a cop out to medical or come to sick call.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/15/2020 | Counseling | Access to Care | Conroy, S. | Verbalizes Understanding |
| 12/15/2020 | Counseling | Plan of Care | Conroy, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Conroy, S. DO on 12/15/2020 13:47

RDavis00187

43          **Decl. of Rahul R.A. Hari, Exhibit 3**

# EXHIBIT 4

*Davis*

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
|  | Raynard Davis 40688-007 United States Penitentiary Victorville P.O. Box 3900 Adelanto, CA 92301 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | 4-11-88 | None | Sept. 27 2019 | About 5:00 to 10:00 PM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) WHILE BEING EXCORTED TO MEDICAL, I WAS SPRAYED WITH OC/MACE I WAS THEN TAKEN TO A SHOWER IN SHU. ONCE IN THE SHOWER, LT HOFFMAN REMOVED THE CAMERA/VIDEO, AND SHU OFFICERS, MARTINI, AND ANOTHER (REFUSE TO GIVE NAME) SLAMMED MY HEAD INTO THE WALL NUMEROUS TIMES, WHICH LEAD TO ME HAVING A SEIZURE. I WAS AWAKEN IN MEDICAL, WHERE NURSE GOMEZ, PERCEEDED TO DRILL A HOLE IN MY RIGHT LEG, FOR NO REASON AT ALL. I WAS THEN TRASPORTED TO A OUTSIDE HOSPITAL (DESERT VALLEY MEDICAL CENTER) WHERE THE DOCTOR CONFIRMED, GOMEZ SHOULD NOT HAVE DRILLED

**9.** A HOLE IN MY LEG. TOOK PLACE USP VICTORVILLE **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10.** **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. I was assaulted, by having my head slammed into a wall, which lead to me having a seizure. Also nurse Gomez committed medical malpratice by drilling a hole in my leg, with no cause or reason.

**11.** **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Desert Valley Medical Center | do not know address, due to being refused my medical records at USP Victorville (CA.) state |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars). | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|  | $50,000.00 |  | $50,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Raynard D. | NONE | 12-9-19 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|
| 95-109 | | |

DEC 30 2019

BY:

RDavis00051

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☑ No

*NONE*

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☑ No   17. If deductible, state amount.

*NONE*                                                                                                                  *NONE*

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

*NONE*

19. Do you carry public liability and property damage insurance?  ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☑ No

*NONE*

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

RDavis00052

**Decl. of Rahul R.A. Hari, Exhibit 4**



SN BERNARDINO CA 924

13 DEC 2019    PM 6 L

Raynard Davis 40680.007
United States Penitentiary Victorville
P.O. Box 3900
Adelanto, CA 92301

F.B.O.P. Office
( General Counsel )
320 First St. NW
Washington, DC 20534

20534—

Special
Legal Mail

RDavis00053