

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No. 5:21-cv-1475-CAS (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to grant in part and deny in part Defendant's motion for summary judgment. Neither side has filed any timely objections, so there are no findings in the Report and Recommendation that require de novo review. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). The Court therefore accepts the Report and Recommendation as filed and enters the following orders:

1. Defendant's motion for summary judgment is GRANTED IN PART and DENIED IN PART for the reasons stated in the Report and Recommendation.

2. Reference to the assigned Magistrate Judge under General Order 05-07 is VACATED. All further proceedings shall take place before the undersigned District Judge.

3. This case is REFERRED to the District's Pro Bono Panel Coordinator for the appointment of counsel to represent Plaintiff on the surviving FTCA claims at a trial to be scheduled following that appointment.

IT IS SO ORDERED.

DATED: March 10, 2025

CHRISTINA A. SNYDER
United States District Judge