UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 5:21-CV-01475-CAS-SK |

**NOTICE OF PRO BONO COUNSEL REFERRAL**

Pursuant to the order at Docket Entry 90, our office has located the following attorney ("Pro Bono Counsel") who has expressed interest in providing representation at no cost to Plaintiff Raynard Davis ("Plaintiff") in the case listed above:

>Cooper Alison-Mayne (SBN 343169)
>The Law Office of Dale K. Galipo
>21800 Burbank Boulevard, Suite 310
>Woodland Hills, CA  91367-6479
>Tel: (818) 347-3333 | Fax: (818) 347-4118
>Email:  cmayne@galipolaw.com

Pro Bono Counsel will contact Plaintiff to discuss potential engagement and if satisfactory to both Pro Bono Counsel and Plaintiff, then Pro Bono Counsel will

file a Notice of Appearance within 21 days, or, alternatively, file a status report updating the Court when a Notice of Appearance will likely be filed.

<u>/s/ Lauren Eskenazi-Ihrig</u>
LAUREN ESKENAZI-IHRIG
CJA Supervising Attorney/Pro Bono Panel Coordinator
255 East Temple Street
Twelfth Floor
Los Angeles, CA 90012
Lauren_Eskenazi-Ihrig@cacd.uscourts.gov
Telephone: (213) 894-0978