Name, Address and Telephone Number of Attorney(s):

LAW OFFICES OF DALE K. GALIPO
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS | CASE NUMBER: |
| | 5:21-cv-01475-CAS-SK |
| Plaintiff(s) | |
| v. | |
| UNITED STATES OF AMERICA | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✔] The parties stipulate that _Stephen M. Benardo_ may serve as the Panel Mediator in the above-captioned case. _Randy Hsieh_ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _June 10, 2025_ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: 05/28/2025         /s/CooperAlison-Mayne
                          Attorney For Plaintiff  RAYNARD DAVIS

Dated: _____            _____
                          Attorney For Plaintiff

Dated: 05/28/2025         /s/Randy Hsieh
                          Attorney For Defendant  UNITED STATES OF AMERICA

Dated: _____            _____
                          Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)        **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**