Name, Address and Telephone Number of Attorney(s):

LAW OFFICES OF DALE K. GALIPO
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS <br><br> Plaintiff(s) <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant(s). | CASE NUMBER <br><br> 5:21-cv-01475-CAS-SK <br><br><br> **REQUEST:** <br> **ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ magistrate judge assigned to the case *or* ☐ or any active magistrate judge.
for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 05/28/2025            /s/Cooper Alison-Mayne

                             Attorney for Plaintiff RAYNARD DAVIS

Dated: _____

                             Attorney for Plaintiff

Dated: 05/28/2025            /s/Randy Hsieh

                             Attorney for Defendant UNITED STATES OF AMERICA

Dated: _____

                             Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.