# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Raynard Davis, | CASE NUMBER: |
| --- | --- |
| v. Plaintiff(s) | 5:21-cv-01475-CAS-SK |
| United States of America, | **NOTICE OF MEDIATION DATE** |
| Defendant(s). | |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for June 10, 2025    at 9:00    ☑ a.m. / ☐ p.m.

**LOCATION:** Via Zoom Videoconference

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** June 3, 2025

**Panel Mediator:** Stephen M. Benardo, Esq.
**Address:** 9854 National Boulevard, #268
Los Angeles, CA 90034

**Phone:** (310) 600-0724