**LAW OFFICES OF DALE K. GALIPO**
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorney for Plaintiff* Raynard Davis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br>　　　　　Defendant. | 5:21-cv-1475-CAS-SK<br>*Hon. Judge Snyder*<br>*Hon. Magistrate Judge Kim*<br><br>**STATUS REPORT**<br><br>Hearing Date:　June 23, 2025<br>Hearing Time:　11:00 a.m.<br>Location:　　　Zoom |

1     Pursuant to the Court's May 29, 2025 Order (Dkt. No. 100) requiring the parties to file a joint report 7 days after completing panel mediation, the parties submit this Joint Status Report in advance of the Status Conference re: Settlement scheduled for June 23, 2025 at 11:00 a.m.

    The parties participated in a mediation with panel mediator Stephen M. Benardo on June 10, 2025. Following the session, Mr. Benardo issued a mediator's proposal, which the parties are currently considering. They are required to respond to the proposal by June 18, 2025.

    The parties will be prepared to update the Court on the status of settlement discussions at the June 23, 2025 status conference.

    Respectfully Submitted,

Dated: June 17, 2025          **LAW OFFICES OF DALE K. GALIPO**

                                   By:   /s/   Cooper Mayne
                                             Dale K. Galipo
                                             Cooper Mayne
                                             *Attorneys for Plaintiff Raynard Davis*

Dated: June 17, 2025

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/S/ Randy Hsieh*
RANDY HSIEH
Assistant United States Attorney

Attorneys for Defendant United States of America