**LAW OFFICES OF DALE K. GALIPO**
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorney for Plaintiff* Raynard Davis

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS,<br>          Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>          Defendant. | 5:21-cv-1475-CAS-SK<br>*Hon. Judge Snyder*<br>*Hon. Magistrate Judge Kim*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

   COME NOW Plaintiff Raynard Davis and Defendant United States of America (collectively, "the Parties"), and hereby make the following notice and request:

1. On June 10, 2025, the Parties participated in a mediation before panel mediator Stephen M. Benardo. Following the session, Mr. Benardo issued a Mediator's Proposal, which both Parties accepted on June 27, 2025.

2. Given that the case has been resolved, the Parties jointly request that the Court vacate all scheduled dates in this matter, including the July 7, 2025 status conference, final pretrial conference, and trial date.

3. Due to logistical challenges caused by Mr. Davis's incarceration, it may take several weeks to obtain his signature on the written agreement.

4. Defendant will likely need 30–60 days from the signing of the settlement agreement to issue the funds.

5. The Parties anticipate filing a stipulation of dismissal within 90 days.

Respectfully Submitted,

Dated: June 27, 2025              **LAW OFFICES OF DALE K. GALIPO**

                                  By:   /s/   Cooper Alison-Mayne
                                        Dale K. Galipo
                                        Cooper Alison-Mayne
                                        *Attorneys for Plaintiff Raynard Davis*

Dated: June 27, 2025              BILAL A. ESSAYLI
                                  United States Attorney
                                  DAVID M. HARRIS
                                  Assistant United States Attorney
                                  Chief, Civil Division
                                  JOANNE S. OSINOFF
                                  Assistant United States Attorney
                                  Chief, Complex and Defensive Litigation Section

                                   /S/ Randy Hsieh
                                  RANDY HSIEH
                                  Assistant United States Attorney

                                  Attorneys for Defendant United States of America