Stephen M. Benardo, Esq. (CSB #160239)
9854 National Boulevard, #268
Los Angeles, CA 90034
Tel. 310-600-0724
steve@benardolaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Raynard Davis,<br><br>                               Plaintiff(s)<br><br>               v.<br><br>United States of America,<br><br>                               Defendant(s). | CASE NUMBER<br><br>5:21-cv-01475-CAS-SK<br><br><br>**MEDIATION REPORT** |
|---|---|

**_Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._**

1.  ☑ A mediation was held on (date): June 10, 2025 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).

    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

        ☐ Plaintiff or plaintiff's representative failed to appear.
        ☐ Defendant or defendant's representative failed to appear.
        ☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on June 26, 2025 (date).

    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ Yes, partially, and further facilitated discussions are **not** expected.

    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    _____ .

Dated: June 28, 2025

                                                    /s/
                                        _____
                                        Signature of Mediator

                                        Stephen M. Benardo, Esq.
                                        _____
                                        Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*