**LAW OFFICES OF DALE K. GALIPO**
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | Case No.: 5: 21-cv-1475-CAS-SK<br><br>*Hon. Judge Snyder*<br>*Hon. Magistrate Judge Kim*<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Raynard Davis and Defendant United States of America, by and through their counsel of record, hereby stipulate that the above-entitled action and all claims and parties therein, against Defendant be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Respectfully submitted,

DATED: September 9, 2025      LAW OFFICES OF DALE K. GALIPO

By: _____/s/Cooper Alison-Mayne_____
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorney for Plaintiff*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: September 9, 2025 | BILAL A. ESSAYLI<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>DANIEL A. BECK<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section |

　　　　　　　　　　　　　 */s/ Randy Hsieh*
　　　　　　　　　　　　　RANDY HSIEH
　　　　　　　　　　　　　PAULINE H. ALARCON
　　　　　　　　　　　　　Assistant United States Attorneys

　　　　　　　　　　　　　Attorneys for Defendant United States of America