**LAW OFFICES OF DALE K. GALIPO**
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br><br>Defendants. | Case No.: 5: 21-cv-1475-CAS-SK<br><br>*Hon. Judge Snyder*<br>*Hon. Magistrate Judge Kim*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  **IT IS HEREBY ORDERED** that pursuant to the Joint Stipulation for
2  Dismissal filed by the Parties, and pursuant to Federal Rule of Civil Procedure
3  41(a)(1)(A), the above-captioned matter has been resolved. This matter is hereby
4  dismissed with Prejudice.  Each side shall bear its own attorney's fees and costs
5  incurred in this matter.
6
7  **IT IS SO ORDERED**
8
9  Dated:
10                                                               Hon. Christina A. Snyder
                                                                 *United States District Judge*