**LAW OFFICES OF DALE K. GALIPO**
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

CLOSED

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD DAVIS<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | Case No.: 5:21-cv-1475-CAS-SKx<br><br>*Hon. Judge Snyder*<br>*Hon. Magistrate Judge Kim*<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY ORDERED** that pursuant to the Joint Stipulation for Dismissal filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned matter has been resolved. This matter is hereby dismissed with Prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**

Dated: September 10, 2025

_____
Hon. Christina A. Snyder
*United States District Judge*